UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL K. CHESTANG,

    Plaintiff,

  v.

WINSAUR,

    Defendant.

No.  2:13-cv-2155 DAD P

ORDER

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the required filing fee of $350.00 or filed an application to proceed in forma pauperis.  See 28 U.S.C. §§ 1914(a) & 1915(a).  Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

    Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee or a properly completed application to proceed in forma pauperis on the form provided

1

1  with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of
2  time to do so will result in a recommendation that this action be dismissed without prejudice; and
3     2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma
4  Pauperis By a Prisoner for use in a civil rights action.
5  Dated: October 28, 2013

7  DAD:9:md
   ches2155.3a

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

2