UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL K. CHESTANG, | No. 2:13-cv-2155 DAD P |
| Plaintiff, | |
| v. | ORDER |
| CORRECTIONAL OFFICER WINSAUR, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. Plaintiff commenced this action by filing a "Petition for Order to Relieve from Provisions of Government Code 945.4." (Doc. No. 1.) Thereafter, plaintiff filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. No. 6.)

The court will dismiss this action because it appears to have been filed with this court in error.[1] As noted above, plaintiff commenced this action by filing a petition for a court order relieving him from the provisions of California Government Code § 945.4, the state's claims presentation requirement. However, to obtain relief pursuant to the provisions of California Government Code § 945.4, plaintiff must file his petition in the Sacramento County Superior Court and not here in the United States District Court for the Eastern District of California. See

---

[1] Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636. (Doc. No. 5)

1

Cal. Gov't Code. § 946.6.  Indeed, plaintiff labeled the caption of his petition "In the Sacramento Superior Court of California," indicating his awareness that he needed to file his petition in the Superior Court but apparently mistakenly mailed his pleading to this federal court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (Doc. No. 6) is denied; and

2. This action is dismissed.

Dated:  February 3, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ches2155.56